**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:

**Frank Anthony Cuda and**
**Pamela Bennett Cuda,**

CASE NO. 10-40037-LMK

CHAPTER 11

Debtors.
_____/

## OBJECTION TO FIRST AMENDED PLAN

      **COMES NOW** Wakulla Bank, by and through its undersigned counsel, and hereby files this Objection to the Debtors' First Amended Plan of Reorganization, and avers in support thereof as follows:

1. On or about March 12, 2010, Frank Anthony Cuda and Pamela Bennett Cuda ("Debtors") filed their First Amended Plan of Reorganization (Doc. 53).

2. Such Plan identifies how the following creditors are to be treated:

    a. the Internal Revenue Service;

    b. Capital City Bank; and

    c. Wakulla Bank.

3. Creditors Capital City Bank and Wakulla Bank are both secured creditors that hold mortgages to secure debt made by the Debtors and their businesses.

4. The Plan proposes to surrender to Capital City Bank and Wakulla Bank, as holders of Class I claims, the property under lien to such creditors, which on the face of the Plan would leave Capital City Bank with an unsecured deficiency of $35,000.00 and Wakulla

Bank with an unsecured deficiency of $56,000.00

5. The likelihood is that surrendering the property to Capital City Bank and Wakulla Bank as proposed by the Plan would result in Capital City Bank having no unsecured deficiency and Wakulla Bank have an unsecured deficiency of at least $91,000.00, since Capital City Bank's claims are cross collateralized and Capital City Bank has a superior lienholder position in the property under lien to both creditors.

6. Moreover, the Debtors propose to surrender an encumbered lot located at Shell Point Beach with a value of $250,000.00 to Capital City Bank in order to effectuate a principal reduction on the Debtors' homestead

7. Such exceptional treatment results in windfall to the Debtors, who will receive a large principal reduction in their exempt homestead, and Capital City Bank, whose secured Class I claim will likely be paid in full and will receive additional property while retaining a lien on the homestead, resulting in unfair discrimination against Wakulla Bank.

8. Due to the varied treatment of the creditor body, the Plan discriminates unfairly amongst creditors in the same class, is unfair and inequitable, and violates the absolute priority rule by giving property to a junior class without satisfying the full amount of the Class I claims. *See* 11 U.S.C. §1129(a) and (b).

9. Further, the Plan fails to meet the liquidation test.

10. Debtor asserts that the liquidation test is satisfied due to payment to the priority creditor Internal Revenue Service, however such assertion is incorrect.

11. Though the liquidation analysis in the disclosure statement stated a net

liquidation distribution of $0.00, such analysis ignores the unencumbered lot at Shell Point valued at $250,000.00.

12. When taking into account this additional asset that would be subject to liquidation after paying the priority Internal Revenue Service claim (claim 1-1), and there would exist a net distribution of $207,000.00.

13. In such a liquidation, Wakulla Bank's claim would be paid in full as opposed to leaving an unsecured deficiency of no less than $56,000.00

14. As such, Wakulla Bank does not receive under the Plan an amount equal or greater to what it would receive if the Debtors were liquidated in a chapter 7 proceeding.

**WHEREFORE**, Wakulla Bank respectfully requests this Court deny approval of the First Amended Plan and grant all such relief as deemed just..

**Respectfully submitted** this 1st day of April, 2010.

> /s/ Ronald A. Mowrey
> RONALD A. MOWREY
> Florida Bar No. 0122006
> MOWREY LAW FIRM, P.A.
> 515 North Adams Street
> Tallahassee, Florida  32301-1111
> Telephone: (850)222-9482
> Facsimile:  (850)561-6867

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished either electronically or by U.S. mail to all parties of interest, this 1st day of April, 2010.

> /s/ Ronald A. Mowrey
> RONALD A. MOWREY

J:\OPEN\WB\Cuda, Frank & Pamela - Ch 11 BR\Pleadings\obj to plan.wpd